IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| IN RE: ALEJANDRO CAMPOS SANCHEZ<br>MYRNA JULIA CORDERO SANCHEZ | Bkrtcy. No. 11-03986-BKT<br>Chapter 13 |
|---|---|

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Petition Filing Date: | May 12, 2011 | Meeting Date | Jun 17, 2011 | DC Track No. 7 |
|---|---|---|---|---|
| Days from petition date | 36 | Meeting Time | 9:00 AM | |
| 910 Days before Petition | 11/13/2008 | ☐ Chapter 13 Plan Date | May 12, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) ☒ Bankruptcy petition. | | Plan Base: | $69,600.00 | |
| This is the ☒ Scheduled Meeting | | Confirmation Hearing Date: | Jul 22, 2011 | Time: 2:30 PM |

| Payment(s) ☐ Received or<br>☐ Evidence shown at meeting: | Ck/MO No. | Date | Amount | Total Paid In: | $400.00 ✱ |
|---|---|---|---|---|---|

**I. Appearances:** ☐ Telephone ☐ Video Conference    ☒ Creditor(s) present: ☐ None.
☒ Debtor Present    ☒ ID & Soc. OK    ☐ Debtor Absent    Suhens BPPR
☒ Joint Debtor Present    ☒ ID & Soc. OK    ☐ Joint Debtor Absent
Debtor(s) was/were    ☒ Examined    ☐ Not Examined under oath.
Attorney for Debtor(s)    ☒ Present    ☐ Not Present
☐ Substitute attorney: Vega, Esq.    ☐ Pro-se

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00    Paid Pre-Petition: $526.00    Outstanding: $2,474.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.    Liquidation Value: ∅
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ∅ (TBD)
2.62% The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation, DE ✱ $36,720.00
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
① ☐ FEASIBILITY [§1325(a)(6)] ☒ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
② ☒ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
① tax Refund language must be included in the plan. Debtors will assume Eurobank/Oriental lease ford F150. ② Means Test will be amended to increase income to $9,272.67. This will generate a pool. Debtors will increase the step p by $40.00.

/s/ José R. Carrión
Trustee    Presiding Officer    Page 1 of 1    Date: Jun 17, 2011