UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

*Hearing Information:*

Debtor:  ALEJANDRO CAMPOS SANCHEZ and MYRNA JULIA CORDERO  SANCHEZ
Case Number:  11-03986-BKT13                Chapter: 13
Date / Time / Room: 10/20/2011 9:00 AM
Bankruptcy Judge: BRIAN K. TESTER
Courtroom Clerk:  AIDA MACHARGO
Reporter / ECR:  LORI ANNIE RODRIGUEZ

*Matter:*

**Confirmation Hearing**

*Proceedings:*

**ORDER:**

The Confirmation hearing is continued for 12/01/2011 at 9:00 a.m.

**Deadline to Object to Confirmation of the Plan:  Objections must be filed no later than fourteen (14) days prior to the hearing  on confirmation as per P.R. L.B.R. 3015-2(e)(1).**

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge